762

Storniolo *v.* Corsetti, Appellant.

Argued June 11, 1969. *Benjamin A. Katz,* for appellant; *Michael T. McDonnell, Jr.,* for appellee.

Judgment affirmed.

Terry Appeal.

Argued June 14, 1969. *Irene H. Cotton,* with her *Charles H. Baron,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Richard Max Bockol,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

MONTGOMERY and SPAULDING, JJ., absent.